UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

RICHARD JAMES STUKE,

       Plaintiff,

v.

LEONARD STREET & DEINARD,
JEFFREY A. EHRICH, JOEL E.
ABRAHAMSON, and UNION
GOSPEL MISSION,

       Defendants.

ORDER
Civil File No. 11-141 (MJD/SER)

---

Richard James Stuke, pro se.

Keith S. Moheban, Leonard Street and Deinard, PA, Counsel for Defendants.

---

The above-entitled matter comes before the Court on Plaintiff Richard James Stuke's appeal of Magistrate Judge Steven E. Rau's Order dated March 21, 2011. Stuke's opposition to the March 21 Order is mentioned in Docket Nos. 35-37.

This Court will reverse a magistrate judge's order on a nondispositive issue if it is clearly erroneous or contrary to law. 28 U.S.C. § 636(b)(1)(A); D.

Minn. L.R. 72.2(a).  The Court has reviewed the submissions and the record in this case and concludes that Magistrate Judge Rau's March 21, 2011 Order is neither clearly erroneous nor contrary to law.  Therefore, the March 21 Order is affirmed.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. United States Magistrate Judge Rau's March 21, 2011 Order [Docket No. 22] is **AFFIRMED**.

2. Plaintiff's appeals of that order [Docket Nos. 35, 36, 37] are **DENIED**.

Dated:  May 16, 2011                           s/ Michael J. Davis
                                               Michael J. Davis
                                               Chief Judge
                                               United States District Court